# **EXHIBIT A**



May 16, 2017

Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
VIA eFOIPA portal

To Whom it May Concern:

Pursuant to the Federal Freedom of Information Act, 5 U.S.C. § 552 (the "Act"), Cable News Network, Inc. ("CNN") requests access to and copies of all records of notes taken by or communications sent from FBI Director James Comey regarding or documenting interactions (including interviews and other conversations) with President Donald Trump.  The scope of this request is records between January 20, 2017 and May 10, 2017.

CNN agrees to pay reasonable duplication fees for the processing of this request in an amount not to exceed $500. Please notify me prior to your incurring any expenses in excess of that amount.

As a member of a news organization, I am requesting that fees be waived because release of the information is in the public interest and will contribute significantly to public understanding of government operations and activities.

If CNN's request is denied in whole or part, we ask that you justify all deletions by reference to the specific exemptions of the Act. CNN will also expect you to release all segregable portions of otherwise exempt material. CNN reserves the right to appeal your decision to withhold any information.

If you have questions regarding this request, please contact me as soon as possible by email at gregory.wallace@CNN.com or by phone at ▮▮▮▮▮▮▮▮▮▮.

As I have made this request in the capacity as a journalist and this information is of timely value, I would appreciate your expediting the consideration of this request in every way possible. In any event, I look forward to your reply within 20 business days, as the Act requires.

Thank you for your assistance.

Sincerely,
Gregory Wallace

cc:
Drew Shenkman, Counsel, CNN
Johnita P. Due, Assistant General Counsel, CNN