# **<u>EXHIBIT B</u>**

# eFOIA Request Received

efoia@subscriptions.fbi.gov

Tue 5/16/2017 6:20 PM

To: Wallace, Gregory <gregory.wallace@turner.com>;

## Organization Representative Information

| | |
|---:|:---|
| **Organization Name** | CNN |
| **Prefix** | Mr. |
| **First Name** | Gregory |
| **Middle Name** | |
| **Last Name** | Wallace |
| **Suffix** | |
| **Email** | gregory.wallace@cnn.com |
| **Phone** | ▮▮▮▮▮ |
| **Location** | United States |

## Domestic Address

| | |
|---:|:---|
| **Address Line 1** | 820 First Street NE |
| **Address Line 2** | 8th Floor |
| **City** | Washington |

| | |
|---|---|
| **State** | District of Columbia |
| **Postal** | 20002 |

## Agreement to Pay

| | |
|---|---|
| **How you will pay** | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below. |
| **Allow up to $** | 1 |

## Proof Of Affiliation for Fee Waiver

| | |
|---|---|
| **Waiver Explanation** | Please see attached letter. |
| **Documentation Files** | 2017-05-16 FOIA FBI Comey notes Trump-1.docx |

## Non-Individual FOIA Request

| | |
|---|---|
| **Request Information** | Pursuant to the Federal Freedom of Information Act, 5 U.S.C. ? 552 (the "Act"), Cable News Network, Inc. ("CNN") requests access to and copies of all records of notes taken by or communications sent from FBI Director James Comey regarding or documenting interactions (including interviews and other conversations) with President Donald Trump. The scope of this request is records between January 20, 2017 and May 10, 2017. Please see attached letter. |

## Expedite

| | |
|---|---|
| **Expedite Reason** | Please see letter attached in previous steps. |