# **EXHIBIT F**



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

Drew E. Shenkman, Esq.
Cable News Network, Inc.
SE0911A
One CNN Center
Atlanta, GA  30303
drew.shenkman@turner.com

Re:   Appeal No. DOJ-AP-2017-004349
Request No. 1374094
SRO:MTC

**VIA:  FOIAonline**

Dear Mr. Shenkman:

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received in this Office on May 26, 2017.  You appealed from the FBI's denial of your request for expedited treatment of your Freedom of Information Act request.

    After carefully considering your appeal, and based on the information presented, I believe that expedited processing of your request is warranted.  Accordingly, I am remanding your request to the FBI**,** where it will be processed as quickly as practicable.

    If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal.  Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

    If you are dissatisfied with my action on your appeal for expedited treatment of your request, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(6)(E)(iii).

Sincerely,

6/2/2017

X _Sean O'Neill_

Sean R. O'Neill
Chief, Administrative Appeals Staff
Signed by: OIP