# **<u>EXHIBIT H</u>**

| | |
|---|---|
| **From:** | FOIPAQUESTIONS <FOIPAQUESTIONS@ic.fbi.gov> |
| **Sent:** | Monday, June 12, 2017 2:59 PM |
| **To:** | Shenkman, Drew |
| **Subject:** | RE: Final Disposition, Appeal DOJ-AP-2017-004349 |

Dear Mr. Shenkman,

Your request is in Initial Processing, where the assigned analyst is searching for, retrieving, and/or reviewing potentially responsive records.

You may now check the status of your FOIPA Request at http://vault.fbi.gov by clicking on "Check Status of Your FOI/PA Request" on the right side of the page, and follow the instructions below.

**Check the Status of Your FOIPA Request**
If your FOIPA Number is [1195846-0] please enter [1195846-000] into the system. If your FOIPA Number is [1195846-1] please enter [1195846-001] into the system. If you have any questions about the status of your FOIPA request, please e-mail foipaquestions@ic.fbi.gov.

**FIND STATUS OF FOIPA- Request statuses are updated weekly**

Please enter the whole FOIPA number-Example: [1234567-000]

FOIPA:
**Results will show the Request Number, Case Type and Process Description shown below:**
FOIPA:
1234567-000
Case Type:
FOIPA
Process Description (*Will display the current progress of the request*)
The FBI's FOIPA Program is searching the FBI's indices for potentially responsive documents.
You may be contacted via formal letter for all fees and/or negotiation issues that may apply.


NOTE: Recent requests are entered into the FOIPA database in the order that they are received. Before you can check the status, you must have received correspondence assigning a FOIPA request number and the information transferred to the online database. Status information is updated weekly. If a request has been closed within the last six months the online database will display the following: *The FOIPA number entered has been closed, and appropriate correspondence has been sent to the address on file.*

Thank you,

**Holly Early**
Government Information Specialist
Record/Information Dissemination Section (RIDS)
FBI-Records Management Division
170 Marcel Drive, Winchester, VA 22602-4843
PIO Line: (540) 868-4593
Direct: (540) 868-4854
Fax: (540) 868-4391 or (450)868-4997
Questions E-mail: foipaquestions@ic.fbi.gov

Electronic FBI FOIPA request submissions are accepted at http://efoia.fbi.gov.

Do you have further questions about the FOIPA process? Visit us at http://www.fbi.gov/foia.

Please check the status of your request online at https://vault.fbi.gov by clicking on the "Check Status of Your FOI/PA Request" link on the right side of the page.   Status updates are performed on a weekly basis.

**From:** Shenkman, Drew [mailto:Drew.Shenkman@turner.com]
**Sent:** Monday, June 12, 2017 2:54 PM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@ic.fbi.gov>
**Cc:** Wallace, Gregory <gregory.wallace@turner.com>; Levitt, Ross <Ross.Levitt@turner.com>; Levine, Adam S (CNN DC Bureau) <Adam.S.Levine@turner.com>; Kupperman, Tammy <Tammy.Kupperman@turner.com>; Hardy, David M. (RMD) (FBI) <dmhardy@fbi.gov>
**Subject:** RE: Final Disposition, Appeal DOJ-AP-2017-004349

Good afternoon,
Any update on the status of this expedited request?

**Drew Shenkman**
**Senior Counsel, CNN**

**From:** FOIPAQUESTIONS [mailto:FOIPAQUESTIONS@ic.fbi.gov]
**Sent:** Thursday, June 08, 2017 8:17 AM
**To:** Shenkman, Drew <Drew.Shenkman@turner.com>
**Cc:** Wallace, Gregory <gregory.wallace@turner.com>; Levitt, Ross <Ross.Levitt@turner.com>; Levine, Adam S (CNN DC Bureau) <Adam.S.Levine@turner.com>; Kupperman, Tammy <Tammy.Kupperman@turner.com>; Hardy, David M. (RMD) (FBI) <dmhardy@fbi.gov>
**Subject:** RE: Final Disposition, Appeal DOJ-AP-2017-004349

Good morning,

The FBI has received your additional correspondence regarding your Freedom of Information Act/Privacy (FOIPA) request and it has been forwarded to the assigned analyst for review.  In response to your inquiry regarding a time frame for completion of requests granted expedited processing, the Record/Information Dissemination Section processes such requests as soon as practicable.

If you require additional assistance please contact foipaquestions@ic.fbi.gov.

Thank you,

**Holly Early**
Government Information Specialist
Record/Information Dissemination Section (RIDS)
FBI-Records Management Division
170 Marcel Drive, Winchester, VA 22602-4843
PIO Line: (540) 868-4593
Direct: (540) 868-4854
Fax: (540) 868-4391 or (450)868-4997
Questions E-mail: foipaquestions@ic.fbi.gov

Electronic FBI FOIPA request submissions are accepted at http://efoia.fbi.gov.

Do you have further questions about the FOIPA process? Visit us at http://www.fbi.gov/foia.

Please check the status of your request online at https://vault.fbi.gov by clicking on the "Check Status of Your FOI/PA Request" link on the right side of the page.    Status updates are performed on a weekly basis.

**From:** Shenkman, Drew [mailto:Drew.Shenkman@turner.com]
**Sent:** Wednesday, June 07, 2017 3:45 PM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@ic.fbi.gov>; Hardy, David M. (RMD) (FBI) <dmhardy@fbi.gov>
**Cc:** Wallace, Gregory <gregory.wallace@turner.com>; Levitt, Ross <Ross.Levitt@turner.com>; Levine, Adam S (CNN DC Bureau) <Adam.S.Levine@turner.com>; Kupperman, Tammy <Tammy.Kupperman@turner.com>
**Subject:** Fwd: Final Disposition, Appeal DOJ-AP-2017-004349

Mr. Hardy,

I am an attorney for CNN and journalist Greg Wallace. As you may already be aware, DOJ granted CNN's appeal and remanded our request for expedited processing of former Director Comey's memos of his interactions with President Trump, as described more fully in our original request #1374094 (appeal decision attached).

Given that today Mr. Comey publicly confirmed that the memos exist, are not classified, and he divulged the details of those memos, it would now be appropriate for the FBI to comply with CNN's FOIA request immediately.

Please let us know when we can expect the documents today.

Many thanks,

**Drew Shenkman**
**Senior Counsel, CNN**

Begin forwarded message:

> **From:** "OIP-NoReply@usdoj.gov" <OIP-NoReply@usdoj.gov>
> **Date:** June 2, 2017 at 11:56:34 AM EDT
> **To:** "drew.shenkman@turner.com" <drew.shenkman@turner.com>
> **Subject: Final Disposition, Appeal DOJ-AP-2017-004349**
>
> DOJ-AP-2017-004349 has been processed with the following final disposition: Completely reversed/remanded.