CO-386-online
10/03

# United States District Court
# For the District of Columbia

CABLE NEWS NETWORK, INC.

               Plaintiff

vs

FEDERAL BUREAU OF INVESTIGATION

               Defendant

Civil Action No. __1:17-cv-01167__

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Cable News Network, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Cable News Network, Inc.__ which have any outstanding securities in the hands of the public:

Time Warner Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Charles D. Tobin
Signature

455593
BAR IDENTIFICATION NO.

Charles D. Tobin
Print Name

1909 K Street NW - 12th Floor
Address

Washington, D.C.  20006
City    State    Zip Code

202-661-2200 | 202-661-2299 fax
Phone Number