# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GANNETT SATELLITE INFORMATION      *
NETWORK, LLC et al.                *
                                   *
    Plaintiff,                     *
                                   *
v.                                 *   Civil Action No. 17-cv-01167 (JEB)
                                   *   (previously 17-cv-01175)
DEPARTMENT OF JUSTICE              *
                                   *
    Defendant                      *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

The undersigned counsel hereby files his Notice of Appearance on behalf of the plaintiffs in this action.

Date: August 8, 2017

                                         Respectfully submitted,

                                         /s/
                                        _____
                                        Mark S. Zaid, Esq.
                                        D.C. Bar #440532
                                        Mark S. Zaid, P.C.
                                        1250 Connecticut Avenue, N.W.
                                        Suite 200
                                        Washington, D.C. 20036
                                        (202) 454-2809
                                        (202) 330-5610 fax
                                        Mark@MarkZaid.com

                                        Attorney for Plaintiffs