UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CABLE NEWS NETWORK, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br><br>Defendant.<br><br>**[And Consolidated Matters]** | Civil Action No. 17-1167 (JEB), *et al.* |

## ORDER

As set forth in the accompanying Memorandum Opinion, this Court ORDERS that:

1. Defendant Department of Justice's Motion for Summary Judgment is GRANTED; and

2. Judgment is ENTERED as to that Defendant in Case No. 17-1212 only.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: September 22, 2017