**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 1:17-cv-01167-JEB |
| GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 1:17-cv-01175-JEB |
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 1:17-cv-01189-JEB |
| FREEDOM WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendants. | Civil Action No. 1:17-cv-01212-JEB |

| | |
|---|---|
| THE DAILY CALLER NEWS FOUNDATION,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 1:17-cv-01830-JEB |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants hereby move the Court for a seven-day extension of time to file their second motion for partial summary judgment. Defendants' motion is currently due January 12, 2018, and they seek an extension until January 19, 2018. The reasons for this motion are set forth in more detail below.

1. These consolidated actions arise under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. They involve FOIA requests for records memorializing conversations between the former Director of the Federal Bureau of Investigation, James B. Comey, and President Donald J. Trump. In addition, several requests ask for additional related documents. Specifically, portions of the requests submitted by Gannett Satellite Information Network, Brad Heath, the James Madison Project, Garrett Graff and Lachlan Markey (the "Gannett plaintiffs") and by Freedom Watch sought additional documents.

2. Defendants' upcoming second motion for partial summary judgment will address the portions of requests by the Gannett plaintiffs and Freedom Watch seeking additional related documents. Defendants' motion is currently due on or before January 12, 2019.

3.       Lead counsel representing defendant, Carol Federighi, has been working extensively on the following other cases with large, unanticipated time commitments in December and January: *Joyner v. Presidential Advisory Commission on Election Integrity*, No. 17-cv-22568 (S.D. Fla.); *Dunlap v. Presidential Advisory Commission on Election Integrity*, No. 17-cv-2361 (D.D.C.); *American Civil Liberties Union of Arizona v. DHS*, No. 17-cv-01083 (D. Ariz.); *Alameda Health System v. Hargan*, No. 16-cv-5903 (N.D. Cal.); *County of Santa Clara v. Hargan*, No. 16-cv-6553 (N.D. Cal.).

4.       Accordingly, the government defendants need an additional seven days to prepare their partial summary judgment motion. Defendants request the following amended schedule:

- Government's motion due January 19, 2018;
- Plaintiffs' oppositions/cross-motions due February 9, 2018;
- Government's opposition/reply due March 2, 2018;
- Plaintiffs' replies due March 16, 2018.

5.       On January 8, 2018, Ms. Federighi emailed counsel for the Gannett plaintiffs and for Freedom Watch, who advised that they did not oppose this motion.

WHEREFORE defendants respectfully request that the Court extend the due date for their second motion for partial summary judgment by seven days, or until January 19, 2018, and further adjust the remaining dates as indicated.

| | |
|---|---|
| Dated:  January 9, 2018 | Respectfully submitted, |
| | CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division |
| | MARCIA BERMAN<br>Assistant Director, Civil Division |
| | */s/Carol Federighi*<br>CAROL FEDERIGHI<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 514-1903<br>Email: carol.federighi@usdoj.gov |
| | *Counsel for Defendant* |