**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　Defendant. | Civil Action No. 1:17-cv-01167-JEB |
| GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　Defendant. | Civil Action No. 1:17-cv-01175-JEB |
| JUDICIAL WATCH, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　Defendant. | Civil Action No. 1:17-cv-01189-JEB |
| FREEDOM WATCH, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　Defendants. | Civil Action No. 1:17-cv-01212-JEB |

| | |
|---|---|
| THE DAILY CALLER NEWS FOUNDATION,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 1:17-cv-01830-JEB |

**DEFENDANTS' MOTION TO FOR LEAVE TO SUBMIT SECOND *IN CAMERA, EX PARTE* DECLARATION**

Defendants hereby respectfully move for leave to submit a second *in camera* and *ex parte* declaration from David W. Archey, Deputy Assistant Director, Counterintelligence Division, Federal Bureau of Investigation ("FBI"),[1] to support Defendants' Second Motion for Partial Summary Judgment, which contains certain law-enforcement-sensitive information.[2] As good cause for this request, defendants state as follows:

1. These consolidated actions arise under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. They involve FOIA requests for records relating to conversations between former FBI Director James B. Comey and President Donald J. Trump, referred to as the "Comey Memos," as well as additional records. The portions of the FOIA requests submitted to the FBI

---

[1] Deputy Assistant Director Archey executed the *in camera*, *ex parte* declaration submitted to the Court in support of Defendants' First Motion for Partial Summary Judgment (Dkt. No. 22). Second *In Camera, Ex Parte* Decl. ¶ 2.

[2] No D.C. Circuit authority or Local Rule requires defendants to seek permission from or provide prior notice to plaintiffs or the Court before submitting an *in camera* declaration, and this Court has not set forth a procedure for the submission of *in camera*, *ex parte* declarations in this case. However, defendants file this motion to provide the Court and the plaintiffs with sufficient notice and justification.

for the memoranda written by former Director Comey documenting these conversations ("the Comey Memos") were addressed in the motion for partial summary judgment previously filed by defendants in this case (Dkt. No. 22).  Defendants are today filing a second motion for partial summary judgment addressing, *inter alia*, the remaining portions of the FOIA requests submitted to the FBI by plaintiffs in Case Nos. 17-1175 and 17-1212.

2. In response to these portions of the requests, the FBI located three pages of responsive documents, which it is withholding in full pursuant to FOIA Exemption 7(A), because the release of the documents would interfere with the Special Counsel's investigation.[3] Third Decl. of David M. Hardy, Section Chief, Record/Information Dissemination Section, Records Management Division, FBI, ¶¶ 16-17, 21, 28 ("Third Hardy Decl.").

3. Defendants' Memorandum in Support of their Second Motion for Partial Summary Judgment and the Third Hardy Declaration explain the basis for the FBI's claim of FOIA Exemption 7(A), to the extent that it is possible to do so on the public record.  However, the FBI is limited in the amount of information it can provide publicly about the possible harms to the Special Counsel's investigation from disclosure of these documents.  Third Hardy Decl. ¶¶ 31, 33, 36.

4. The additional declaration executed by Deputy Assistant Director Archey, which is the subject of the present motion, provides law-enforcement-sensitive information that further explains the nature of the information included in the withheld documents and harms that could

---

[3] On May 17, 2017, Deputy Attorney General Rod Rosenstein named former FBI Director Robert S. Mueller, III as Special Counsel.  DOJ Order No. 3915-2017, Appointment of Special Counsel to Investigate Russian Interference with the 2016 Presidential Election and Related Matters (May 17, 2017).

reasonably be expected to flow from disclosure of any part of these documents. These details supplement defendants' showing regarding the applicability of Exemption 7(A) and will aid in the Court's resolution of the matter, but cannot be disclosed on the public record without revealing the very information protected by the exemption or causing the harm sought to be avoided by withholding the documents from release.

5. The Court recently granted defendants' prior Motion to Submit *In Camera, Ex Parte* Declaration (Dkt. No. 23), with regard to the FBI's October 13, 2017, *in camera* and *ex parte* declaration. *See* Minute Order (Jan. 11, 2018).

6. Accordingly, defendants request leave to submit the FBI's second *in camera* and *ex parte* declaration. *See Arieff v. U.S. Dep't of Navy*, 712 F.2d 1462, 1469 (D.C. Cir. 1983) ("[T]he receipt of *in camera* affidavits is . . . , when necessary, part of a trial judge's procedural arsenal." (internal quotation marks and citation omitted)); *Hayden v. Nat'l Sec. Agency*, 608 F.2d 1381, 1388 (D.C. Cir. 1979) (noting that affidavit submitted for *in camera* review "spells out the[] factors [addressed in the public affidavits] with greater specificity"); *see also Judicial Watch, Inc. v. CIA*, Case No. 17-cv-397 (TSC), Sept. 30, 2017, Minute Order; *Leopold v. Dep't of Treasury*, Case No. 16-cv-1827 (KBJ), Order Granting Motion For Leave to File In Camera, ECF No. 20.

7. Counsel for defendants contacted counsel for plaintiffs in Nos. 17-1175 and 17-1212 by email regarding this motion. Counsel in No. 17-1175 said they took no position on the motion at the current time. Counsel in No. 17-1212 did not respond to defendants' counsel's email and she was unable to leave a voicemail message.

WHEREFORE defendants hereby respectfully move for leave to submit a second *in camera* and *ex parte* declaration, in support of Defendants' Second Motion for Partial Summary Judgment. Once the Court grants this motion, defendants will make the additional declaration available to the Court for *in camera* and *ex parte* review.

Dated:  January 19, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director, Civil Division

*/s/Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　Defendant. | Civil Action No. 1:17-cv-01167-JEB |
| GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　Defendant. | Civil Action No. 1:17-cv-01175-JEB |
| JUDICIAL WATCH, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　Defendant. | Civil Action No. 1:17-cv-01189-JEB |
| FREEDOM WATCH, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　Defendants. | Civil Action No. 1:17-cv-01212-JEB |

| | |
|---|---|
| THE DAILY CALLER NEWS FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 1:17-cv-01830-JEB |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO SUBMIT SECOND *IN CAMERA, EX PARTE* DECLARATION

Upon consideration of Defendants' Motion for Leave to Submit Second *In Camera, Ex Parte* Declaration, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that defendants' Motion be, and hereby is, granted; and it is further

**ORDERED** that defendants deliver to chambers a copy of the additional FBI declaration for this Court's *in camera*, *ex parte* review.

So ordered on this _____ day of _____, 2018.

 

                                                                                                          _____
                                                                                                           James E. Boasberg
                                                                                                           United States District Judge