**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 1:17-cv-01167-JEB |
| GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 1:17-cv-01175-JEB |
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 1:17-cv-01189-JEB |
| FREEDOM WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendants. | Civil Action No. 1:17-cv-01212-JEB |

| | |
|---|---|
| THE DAILY CALLER NEWS FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 1:17-cv-01830-JEB |

**DEFENDANTS' NOTICE OF SUBMISSION OF THIRD *IN CAMERA, EX PARTE* DECLARATION OF DAVID W. ARCHEY**

Defendants hereby provide notice that they have submitted for the Court's *in camera, ex parte* review a third declaration from David W. Archey, Deputy Assistant Director, Counterintelligence Division, Federal Bureau of Investigation ("FBI"), to support Defendants' First Motion for Partial Summary Judgment (Dkt. No. 22).

| | |
|---|---|
| Dated:  February 1, 2018 | Respectfully submitted,<br><br>CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division<br><br>MARCIA BERMAN<br>Assistant Director, Civil Division<br><br>*/s/Carol Federighi*<br>CAROL FEDERIGHI<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 514-1903<br>Email: carol.federighi@usdoj.gov<br><br>*Counsel for Defendant* |