**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CABLE NEWS NETWORK, INC.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br><br>    Defendant.<br><br>**(And Consolidated Cases)** | Civil Action Nos. 17-1167, 17-1175, 17-1189, 17-1212, 17-1830 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' [22] Motion for Partial Summary Judgment is GRANTED;

2. Plaintiffs' [25] [28] [30] [32] Cross-Motions for Summary Judgment are DENIED;

3. Plaintiff Freedom Watch's [33] Motion under Rule 56(d) is DENIED; and

4. Judgment is ENTERED in favor of Defendants in Case Nos. 17-1167, 17-1189, and 17-1830.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  February 2, 2018