**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　Defendant. | Case No. 1:17-cv-01167-JEB |

## NOTICE OF APPEAL BY PLAINTIFF CABLE NEWS NETWORK, INC.

Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, Plaintiff Cable News Network, Inc. ("CNN"), by and through its undersigned counsel, gives notice that it hereby appeals to the U.S. Court of Appeals for the District of Columbia Circuit from the Order of this Court entered on February 2, 2018, granting Defendant's Motion for Partial Summary Judgment and denying CNN's Cross-Motion for Summary Judgment (ECF No. 48).

Dated:  February 5, 2018　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BALLARD SPAHR LLP

　　　　　　　　　　　　　　　　/s/ *Charles D. Tobin*
　　　　　　　　　　　　　　　　Charles D. Tobin (#455593)
　　　　　　　　　　　　　　　　Adrianna C. Rodriguez (#1020616)
　　　　　　　　　　　　　　　　Maxwell S. Mishkin (#1031356)
　　　　　　　　　　　　　　　　1909 K Street, NW, 12th Floor
　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　Telephone: (202) 661-2200
　　　　　　　　　　　　　　　　Fax: (202) 661-2299
　　　　　　　　　　　　　　　　tobinc@ballardspahr.com
　　　　　　　　　　　　　　　　rodriguezac@ballardspahr.com
　　　　　　　　　　　　　　　　mishkinm@ballardspahr.com

　　　　　　　　　　　　　　　　*Counsel for Plaintiff Cable News Network, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this date, I caused Plaintiff's Notice of Appeal to be filed and served electronically via the Court's ECF System upon counsel of record.

Dated:  February 5, 2018                 /s/ *Charles D. Tobin*
                                                  Charles D. Tobin