IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 1:17-cv-01167-JEB |
| GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 1:17-cv-01175-JEB |
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 1:17-cv-01189-JEB |
| FREEDOM WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendants. | Civil Action No. 1:17-cv-01212-JEB |

| | |
|---|---|
| THE DAILY CALLER NEWS FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 1:17-cv-01830-JEB |

## FOURTH DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1) I am the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), in Winchester, Virginia. I have held this position since August 1, 2002. Prior to my joining the Federal Bureau of Investigation ("FBI"), from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the State of Texas since 1980.

(2) In my official capacity as Section Chief of RIDS, I supervise approximately 246 employees who staff a total of twelve (12) Federal Bureau of Investigation Headquarters ("FBIHQ") units and two (2) field operational service center units whose collective mission is to effectively plan, develop, direct, and manage responses to requests for access to FBI records and information pursuant to the FOIA as amended by the OPEN Government Act of 2007, the OPEN FOIA Act of 2009, and FOIA Improvement Act of 2016; the Privacy Act of 1974; Executive

Order 13526; Presidential, Attorney General, and FBI policies and procedures; judicial decisions; and Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)  Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a. Specifically, I am aware of the FBI's handling of Plaintiffs' FOIA requests that are at issue in this litigation. The following lawsuits have been consolidated under Civil Action No. 17-cv-1167 (D.D.C.): *CNN v. FBI*, 17-cv-1167 (D.D.C.); *Gannett Satellite Information Network et al. v. DOJ*, 17-cv-1175 (D.D.C.); *Judicial Watch v. DOJ*, 17-cv-1189 (D.D.C.); *Freedom Watch v. DOJ & FBI*, 17-cv-1212 (D.D.C.); and *Daily Caller v. DOJ*, 17-cv-1830 (D.D.C.). *See* Civil Action No. 17-cv-1167 (D.D.C.), Minute Order dated July 26, 2017 (consolidating all lawsuits except the Daily Caller lawsuit) and Minute Order dated September 7, 2017 (consolidating the Daily Caller lawsuit).

(4)  On August 15, 2017 and November 9, 2017, the Court entered schedules in this case that effectively bifurcated briefing, with briefing on the appropriateness of the FBI's search for and withholdings of the so-called "Comey Memos" occurring first, to be followed by briefing on the appropriateness of the FBI's search for and withholdings of records responsive to the remaining portions of FOIA requests submitted by Plaintiffs Gannett Satellite Information Network and Brad Heath, James Madison Project and Garrett Graff ("JMP/Graff"), James Madison Project and Lachlan Markay ("JMP/Markay"), and Freedom Watch. *See* Minute Orders in 17-cv-01167 (D.D.C.) (Aug. 15, 2017 and Oct. 9, 2017). On February 2, 2018, the FBI's

motion for summary judgment regarding the Comey Memos was granted. *See* ECF No. 49, Memorandum Opinion (Feb. 2, 2018).

(5) This declaration is being submitted in support of the FBI's motion for partial summary judgment as to the remaining portions of the FOIA requests at issue in the consolidated cases. This declaration incorporates by reference my previous declarations in this case, *see* ECF No. 22-2, Declaration of David M. Hardy (October 13, 2017) ("First Hardy Declaration"), ECF No. 36-1, Second Declaration of David M. Hardy (November 5, 2017) ("Second Hardy Declaration"), and ECF No. 45-2, Third Declaration of David M. Hardy (January 19, 2018) ("Third Hardy Declaration"); the *in camera* and *ex parte* declaration being submitted in conjunction with the partial motion for partial summary judgment on January 31, 2018, *see In Camera, Ex Parte* Declaration of David Archey (January 19, 2018); the *in camera* and *ex parte* declarations previously submitted in support of the FBI's motion for partial summary judgment regarding the Comey Memos (ECF No. 22). *See In Camera, Ex Parte* Declaration of the FBI (October 13, 2017); Third *In Camera, Ex Parte* Declaration of David W. Archey (January 31, 2018); and the sealed on-the-record, *ex parte* proffer of Michael R. Dreeben, Counsel to the Special Counsel. *See* ECF No. 49, Memorandum Opinion, at p. 5.

(6) As noted in my third declaration, the three pages of records here meet the Exemption (b)(7) threshold. *See* ECF No. 45-2, Third Hardy Declaration, at ¶ 33. More particularly, these records have themselves been compiled for law enforcement purposes, just as the Comey Memos were. *See* ECF No. 49, Memorandum Opinion, at p. 10-12; *In Camera, Ex Parte* Declaration of the FBI (October 13, 2017). I have confirmed that like the Comey Memos, they were so compiled by or before June 16, 2017.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of February, 2018.

*[signature]*
David M. Hardy
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Winchester, Virginia


