# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CABLE NEWS NETWORK, INC.,**<br><br>　Plaintiff,<br><br>　v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br><br>　Defendant.<br><br>**(And Consolidated Cases)** | Civil Action Nos. 17-1167, 17-1175,<br>17-1189, 17-1212,<br>17-1830 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' Motion for Summary Judgment is GRANTED, provided that the Government shall produce to Plaintiffs the redacted version of one document; and

2. Judgment is ENTERED for Defendants against all Plaintiffs in case number 17-1175, and Freedom Watch, Inc. in case number 17-1212.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　*/s/ James E. Boasberg*
　　　　　　　　　　　　　　　　　　　　JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: February 23, 2018