AO 450 (Rev 01/09, DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CABLE NEWS NETWORK, INC., et al ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 17-1167 (JEB) |
| FEDERAL BUREAU OF INVESTIGATION, et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   JAMES E. BOASBERG   on a motion for
DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Date: 2/26/18

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*