**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CABLE NEWS NETWORK, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-1167-JEB |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY, *et al.* | ) | |
| | ) | |
| *Plaintiffs,* | ) | Civil Action No. 17-1175-JEB |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. 17-1189-JEB |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| FREEDOM WATCH, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. 17-1212-JEB |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| *Defendants.* | ) | |

- 2 -

| | |
|---|---|
| THE DAILY CALLER NEWS FOUNDATION, )<br>)<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>*Defendant.* )<br>) | Civil Action No. 17-1830-JEB |

## NOTICE OF APPEAL

Notice is hereby given that Judicial Watch, Inc. and Daily Caller News Foundation, plaintiffs in the above-named case, hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit from the final judgment entered against them in this action on the 26th day of February 2018.

Dated: March 15, 2018

Respectfully submitted,

*/s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for Judicial Watch, Inc.*

*/s/ Michael Bekesha*
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for The Daily Caller News Foundation*