# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Case No. 1:17-cv-01167-JEB |

## NOTICE OF APPEAL BY PLAINTIFF CABLE NEWS NETWORK, INC.

Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, Plaintiff Cable News Network, Inc. ("CNN"), by and through its undersigned counsel, gives notice that it hereby appeals to the U.S. Court of Appeals for the District of Columbia Circuit from the judgment entered against it in this action on February 26, 2018 (ECF No. 58).[1]

Dated: April 25, 2018

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Adrianna C. Rodriguez (#1020616)
Maxwell S. Mishkin (#1031356)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
rodriguezac@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Plaintiff Cable News Network, Inc.*

---

[1] CNN filed a prior Notice of Appeal on February 5, 2018 (ECF No. 52), from this Court's February 2, 2018 Order (ECF No. 48), and that appeal is now docketed at D.C. Circuit Case No. 18-5041.

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this date, I caused Plaintiff's Notice of Appeal to be filed and served electronically via the Court's ECF System upon counsel of record.

Dated:  April 25, 2018          /s/ *Charles D. Tobin*
                                         Charles D. Tobin