APPEAL,CLOSED,CONSOL,TYPE I−FOIA

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: **1:17−cv−01167−JEB**

| | |
|---|---|
| CABLE NEWS NETWORK, INC. v. FEDERAL BUREAU OF INVESTIGATION<br>Assigned to: Judge James E. Boasberg<br>Member cases:<br>   1:17−cv−01175−JEB<br>   1:17−cv−01212−JEB<br>   1:17−cv−01189−JEB<br> Case:  1:17−cv−01830−JEB<br> Case in other court:  USCA, 18−05041<br>                   18−05043<br>                   18−05077<br>Cause: 05:552 Freedom of Information Act | Date Filed: 06/15/2017<br>Date Terminated: 02/26/2018<br>Jury Demand: None<br>Nature of Suit: 895 Freedom of Information Act<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **CABLE NEWS NETWORK, INC.** | represented by | **Charles D. Tobin**<br>BALLARD SPAHR LLP<br>1909 K Street, NW<br>12th Floor<br>Washington, DC 20006<br>(202) 661−2218<br>Fax: (202) 661−2299<br>Email: tobinc@ballardspahr.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **GANNETT SATELLITE INFORMATION NETWORK, LLC**<br>*17−cv−1175*<br>*doing business as*<br>USA TODAY | represented by | **Bradley Prescott Moss**<br>LAW OFFICES OF MARK S. ZAID, P.C.<br>1250 Connecticut Avenue, NW<br>Suite 200<br>Washington, DC 20036<br>(202) 454−2809<br>Fax: (202) 330−5610<br>Email: brad@markzaid.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark Steven Zaid**<br>LAW OFFICES OF MARK S. ZAID, P.C.<br>1250 Connecticut Avenue, NW<br>Suite 200<br>Washington, DC 20036<br>(202) 454−2809<br>Fax: (202) 330−5610 |

                                                      Email: Mark@MarkZaid.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRAD HEATH**  represented by  **Bradley Prescott Moss**
*17−cv−1175*  (See above for address)
*doing business as*  *LEAD ATTORNEY*
USA TODAY  *ATTORNEY TO BE NOTICED*

                                                      **Mark Steven Zaid**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LACHLAN MARKAY**  represented by  **Bradley Prescott Moss**
*17−cv−1175*  (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Mark Steven Zaid**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**GARRETT GRAFF**  represented by  **Bradley Prescott Moss**
*17−cv−1175*  (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Mark Steven Zaid**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUDICIAL WATCH, INC.**  represented by  **Paul J. Orfanedes**
*17−cv−1189*  JUDICIAL WATCH, INC.
        425 Third Street, SW
        Suite 800
        Washington, DC 20024
        (202) 646−5172
        Fax: (202) 646−5199
        Email: porfanedes@judicialwatch.org
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **FREEDOM WATCH, INC.**<br>*17−cv−1212* | represented by | **Larry E. Klayman**<br>KLAYMAN LAW FIRM<br>2020 Pennsylvania Avenue, NW<br>Suite 345<br>Washington, DC 20006<br>(561) 558−5536<br>Fax: (310) 275−4963<br>Email: leklayman@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **DAILY CALLER NEWS FOUNDATION** | represented by | **Michael Bekesha**<br>JUDICIAL WATCH, INC.<br>425 Third Street, SW<br>Suite 800<br>Washington, DC 20024<br>(202) 646−5172<br>Fax: (202) 646−5199<br>Email: mbekesha@judicialwatch.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **FEDERAL BUREAU OF INVESTIGATION**<br>*17−cv−1167 and 17−cv−1212* | represented by | **Carol Federighi**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20530<br>(202) 514−1903<br>Email: carol.federighi@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **DEPARTMENT OF JUSTICE**<br>*17−cv−1175, 17−cv−1189 and*<br>*17−cv−1212* | represented by | **Carol Federighi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**U.S. DEPARTMENT OF JUSTICE**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/15/2017 | 1 | | COMPLAINT against FEDERAL BUREAU OF INVESTIGATION ( Filing fee $ 400 receipt number 0090−4991998) filed by CABLE NEWS NETWORK, |

| | | |
|---|---|---|
| | | INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Civil Cover Sheet, # 11 Summons, # 12 Summons, # 13 Summons)(Tobin, Charles) Modified on 6/15/2017 (zrdj). (Entered: 06/15/2017) |
| 06/15/2017 | 2 | Corporate Disclosure Statement by CABLE NEWS NETWORK, INC.. (Tobin, Charles) (Entered: 06/15/2017) |
| 06/15/2017 | | Case Assigned to Judge James E. Boasberg. (zsb) (Entered: 06/15/2017) |
| 06/15/2017 | 3 | SUMMONS (3) Issued Electronically as to FEDERAL BUREAU OF INVESTIGATION, U.S. Attorney and U.S. Attorney General (Attachment: # 1 Consent Form)(zsb) (Entered: 06/15/2017) |
| 07/05/2017 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General June 15, 2017. (Tobin, Charles) (Entered: 07/05/2017) |
| 07/05/2017 | 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FEDERAL BUREAU OF INVESTIGATION served on 6/15/2017 (Tobin, Charles) (Entered: 07/05/2017) |
| 07/05/2017 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 6/15/2017. Answer due for ALL FEDERAL DEFENDANTS by 7/15/2017. (Tobin, Charles) (Entered: 07/05/2017) |
| 07/10/2017 | 7 | NOTICE of Appearance by Carol Federighi on behalf of FEDERAL BUREAU OF INVESTIGATION (Federighi, Carol) (Entered: 07/10/2017) |
| 07/12/2017 | 8 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, by FEDERAL BUREAU OF INVESTIGATION (Attachments: # 1 Text of Proposed Order)(Federighi, Carol) (Entered: 07/12/2017) |
| 07/13/2017 | | MINUTE ORDER GRANTING Unopposed 8 Motion for Extension of Time to File. The Court ORDERS that Defendant shall respond to the Complaint on or before July 31, 2017. Signed by Judge James E. Boasberg on 7/13/17. (lcjeb2) (Entered: 07/13/2017) |
| 07/13/2017 | | Set/Reset Deadlines: Respond due by 7/31/2017. (nbn) (Entered: 07/13/2017) |
| 07/25/2017 | 9 | Unopposed MOTION to Consolidate Cases by FEDERAL BUREAU OF INVESTIGATION (Attachments: # 1 Text of Proposed Order)(Federighi, Carol) (Entered: 07/25/2017) |
| 07/26/2017 | | MINUTE ORDER: The Court ORDERS that: (1) Defendant's 9 Unopposed Motion to Consolidate Cases is GRANTED; (2) the cases Cable News Network, Inc. v. Federal Bureau of Investigation, No. 17–1167; Gannett Satellite Information Network LLC v. Department of Justice, No. 17–1175; Judicial Watch, Inc., v. Department of Justice, No. 17–1189; and Freedom Watch, Inc., v. Department of Justice, No. 17–1212, shall be CONSOLIDATED; (3) all filings in these consolidated cases shall be made only in the first–filed case, 17–1167; and (4) the Clerk is directed to administratively close any of the open cases that are being consolidated. Signed by Judge James E. Boasberg on 7/26/17. (lcjeb2) (Entered: 07/26/2017) |

| | | | |
|---|---|---|---|
| 07/31/2017 | 10 | | ANSWER to Complaint by FEDERAL BUREAU OF INVESTIGATION.(Federighi, Carol) (Entered: 07/31/2017) |
| 07/31/2017 | | | MINUTE ORDER: The Court ORDERS that all parties in this consolidated case shall meet, confer, and submit a proposed briefing schedule on or before August 14, 2017. Signed by Judge James E. Boasberg on 7/31/17. (lcjeb2) (Entered: 07/31/2017) |
| 08/01/2017 | | | Set/Reset Deadlines: Proposed Briefing Schedule due by 8/14/2017 (lsj) (Entered: 08/01/2017) |
| 08/02/2017 | 11 | | ANSWER to Complaint *in No. 17−1175* by DEPARTMENT OF JUSTICE.(Federighi, Carol) (Entered: 08/02/2017) |
| 08/03/2017 | | | NOTICE OF ERROR re 11 Answer to Complaint; emailed to carol.federighi@usdoj.gov, cc'd 13 associated attorneys −− The PDF file you docketed contained errors: 1. In future, also include lead case number on all documents. Do not refile. (znmw, ) (Entered: 08/03/2017) |
| 08/08/2017 | 12 | | NOTICE of Appearance by Mark Steven Zaid on behalf of GANNETT SATELLITE INFORMATION NETWORK, LLC, GARRETT GRAFF, BRAD HEATH, LACHLAN MARKAY, GANNETT SATELLITE INFORMATION NETWORK, LLC, GARRETT GRAFF, BRAD HEATH, JAMES MADISON PROJECT, LACHLAN MARKAY Associated Cases: 1:17−cv−01167−JEB, 1:17−cv−01175−JEB(Zaid, Mark) (Entered: 08/08/2017) |
| 08/14/2017 | 13 | | PROPOSED BRIEFING SCHEDULE re Order *(Joint)* by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION. (Federighi, Carol) (Entered: 08/14/2017) |
| 08/15/2017 | | | MINUTE ORDER: Per the parties' 13 Proposed Briefing Schedule, the Court ORDERS that: (1) As to the Comey memos, Defendants shall file their motion for summary judgment and *Vaughn* declaration on or before October 11, 2017; Plaintiffs shall file their opposition and cross−motion for summary judgment on or before November 1, 2017; Defendants shall file their reply and opposition to the cross−motion on or before November 21, 2017; and Plaintiffs shall file their reply on or before December 6, 2017; (2) As to Freedom Watch's request to DOJ's Criminal Division, Defendants shall file their motion for judgment on the pleadings or for summary judgment on or before August 18, 2017; Freedom Watch shall file its opposition on or before September 1, 2017; and Defendants shall file their reply on or before September 15, 2017; (3) As to the remainder of Plaintiffs' FOIA requests, the parties shall submit a further status report on or before September 18, 2017. Signed by Judge James E. Boasberg on 8/15/17. (lcjeb2, ) (Entered: 08/15/2017) |
| 08/15/2017 | | | Set/Reset Deadlines: Summary Judgment motions due by 10/11/2017. Response to Motion for Summary Judgment due by 11/1/2017. Reply to Motion for Summary Judgment due by 11/21/2017. Replies due by 12/6/2017. Motion for judgment on the pleadings or for summary judgment by 8/18/2017. Opposition due by 9/1/2017. Reply due by 9/15/2017. Status Report due by 9/18/2017. (nbn) (Entered: 08/16/2017) |
| 08/18/2017 | 14 | | MOTION for Judgment on the Pleadings *or, in the Alternative, for Summary Judgment* by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION (Attachments: # 1 Memorandum in Support, # 2 Statement |

| | | | |
|---|---|---|---|
| | | | of Facts, # 3 Declaration of Gail Brodfuehrer, # 4 Text of Proposed Order, # 5 Text of Proposed Order)(Federighi, Carol). Added MOTION for Summary Judgment on 8/21/2017 (znmw). (Entered: 08/18/2017) |
| 09/07/2017 | 15 | | Unopposed MOTION to Consolidate Cases by THE DAILY CALLER NEWS FOUNDATION (Attachments: # 1 Text of Proposed Order)(Bekesha, Michael) (Entered: 09/07/2017) |
| 09/07/2017 | | | MINUTE ORDER: The Court ORDERS that: 1) Plaintiff DCNF's 15 Motion to Consolidate is GRANTED; 2) Case No. 17–1830 is CONSOLIDATED with No. 17–1167 and the other cases already consolidated therein; (3) All filings in these consolidated cases shall be made only in the first–filed case, No. 17–1167; (4) DCNF shall abide by all previously established deadlines; and (5) The Clerk is directed to administratively close No. 17–1830. Signed by Judge James E. Boasberg on 9/7/2017. (lcjeb2) (Entered: 09/07/2017) |
| 09/13/2017 | 16 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 9/11/2017. ( Answer due for ALL FEDERAL DEFENDANTS by 10/11/2017.), RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 9/11/2017., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. DEPARTMENT OF JUSTICE served on 9/11/2017 (Attachments: # 1 Affidavit of Cristina Rotaru)(Bekesha, Michael) (Entered: 09/13/2017) |
| 09/18/2017 | 17 | | Joint STATUS REPORT by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION. (Federighi, Carol) (Entered: 09/18/2017) |
| 09/19/2017 | | | MINUTE ORDER: Per the parties' 17 Joint Status Report, the Court ORDERS that the parties shall submit a status report or a proposed briefing schedule on or before October 25, 2017. Signed by Judge James E. Boasberg on 9/19/2017. (lcjeb2) (Entered: 09/19/2017) |
| 09/19/2017 | | | Set/Reset Deadlines: Brief due by 10/25/2017. (nbn) (Entered: 09/19/2017) |
| 09/22/2017 | 18 | | ORDER GRANTING Defendant Department of Justice's 14 Motion for Summary Judgment and ENTERING JUDGMENT as to that Defendant in Case No. 17–1212 only. Signed by Judge James E. Boasberg on 9/22/2017. (lcjeb2) (Entered: 09/22/2017) |
| 09/22/2017 | 19 | | MEMORANDUM OPINION re 18 Order on Motion for Summary Judgment. Signed by Judge James E. Boasberg on 9/22/2017. (lcjeb2) (Entered: 09/22/2017) |
| 10/05/2017 | 20 | | Unopposed MOTION for Extension of Time to *File Motion for Summary Judgment* by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION (Attachments: # 1 Text of Proposed Order)(Federighi, Carol) (Entered: 10/05/2017) |
| 10/06/2017 | | | MINUTE ORDER GRANTING 20 Motion for Extension of Time to File. The Court ORDERS that: (1) Defendants shall file their motion for summary judgment and Vaughn declaration as to the Comey memos on or before October 13, 2017; (2) Plaintiffs shall file their opposition and cross–motion for summary judgment on or before November 3, 2017; (3) Defendants shall file their reply |

| | | |
|---|---|---|
| | | and opposition to the cross−motion on or before November 29, 2017; and (4) Plaintiffs shall file their reply on or before December 14, 2017. So ORDERED by Judge James E. Boasberg on 10/6/2017. (lcjeb2) (Entered: 10/06/2017) |
| 10/06/2017 | | Set/Reset Deadlines: Summary Judgment motions due by 10/13/2017. Response to Motion for Summary Judgment due by 11/3/2017. Reply to Motion for Summary Judgment due by 11/29/2017. Plaintiffs' Replies due by 12/14/2017. (lsj) (Entered: 10/06/2017) |
| 10/11/2017 | 21 | ANSWER to Complaint *in No. 17−1830* by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION.(Federighi, Carol) (Entered: 10/11/2017) |
| 10/13/2017 | 22 | MOTION for Partial Summary Judgment *(Partial)* by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION (Attachments: # 1 Memorandum in Support, # 2 Declaration of David Hardy, # 3 Exhibit to Hardy Decl (CNN−A to CNN−F), # 4 Exhibit to Hardy Decl (USA Today−A to USA Today−D), # 5 Exhibit to Hardy Decl (JMPGraff−A to JMPGraff−F), # 6 Exhibit to Harcy Decl (JMPMarkay−A to JMPMarkay−E), # 7 Exhibit to Hardy Decl (Judicial Watch−A to Judicial Watch−D), # 8 Exhibit to Hardy Decl (Freedom Watch−A to Freedom Watch−D), # 9 Exhibit to Hardy Decl (Daily Caller−A to Daily Caller−F), # 10 Statement of Facts, # 11 Text of Proposed Order)(Federighi, Carol) Modified event title on 10/16/2017 (znmw). (Entered: 10/13/2017) |
| 10/13/2017 | 23 | MOTION for Leave to File */Submit In Camera, Ex Parte Declaration* by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION (Attachments: # 1 Text of Proposed Order)(Federighi, Carol) (Entered: 10/13/2017) |
| 10/18/2017 | 24 | Joint STATUS REPORT *(Second)* by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION. (Federighi, Carol) (Entered: 10/18/2017) |
| 10/19/2017 | | MINUTE ORDER: Per the parties' 24 Status Report, the Court ORDERS that they shall, by November 8, 2017, submit a further joint report, which may include a proposed briefing schedule. So ORDERED by Judge James E. Boasberg on 10/19/2017. (lcjeb2) (Entered: 10/19/2017) |
| 10/19/2017 | | Set/Reset Deadlines: Joint Status Report due by 11/8/2017. (nbn) (Entered: 10/19/2017) |
| 11/03/2017 | 25 | Cross MOTION for Summary Judgment by CABLE NEWS NETWORK, INC. (Attachments: # 1 Declaration of Charles D. Tobin, # 2 Tobin Decl., Ex. 1, # 3 Tobin Decl., Ex. 2, # 4 Tobin Decl., Ex. 3, # 5 Tobin Decl., Ex. 4, # 6 Tobin Decl., Ex. 5, # 7 Tobin Decl., Ex. 6, # 8 Tobin Decl., Ex. 7, # 9 Tobin Decl., Ex. 8, # 10 Tobin Decl., Ex. 9, # 11 Tobin Decl., Ex. 10, # 12 Tobin Decl., Ex. 11, # 13 Tobin Decl., Ex. 12, # 14 Tobin Decl., Ex. 13, # 15 Tobin Decl., Ex. 14, # 16 Tobin Decl., Ex. 15, # 17 Tobin Decl., Ex. 16, # 18 Tobin Decl., Ex. 17, # 19 Tobin Decl., Ex. 18, # 20 Tobin Decl., Ex. 19, # 21 Text of Proposed Order, # 22 Text of Proposed Order)(Tobin, Charles) (Entered: 11/03/2017) |
| 11/03/2017 | 26 | Memorandum in opposition to re 23 MOTION for Leave to File */Submit In Camera, Ex Parte Declaration*, 22 MOTION for Partial Summary Judgment filed by CABLE NEWS NETWORK, INC.. (Attachments: # 1 Declaration of |

| | | | |
|---|---|---|---|
| | | | Charles D. Tobin, # 2 Tobin Decl., Ex. 1, # 3 Tobin Decl., Ex. 2, # 4 Tobin Decl., Ex. 3, # 5 Tobin Decl., Ex. 4, # 6 Tobin Decl., Ex. 5, # 7 Tobin Decl., Ex. 6, # 8 Tobin Decl., Ex. 7, # 9 Tobin Decl., Ex. 8, # 10 Tobin Decl., Ex. 9, # 11 Tobin Decl., Ex. 10, # 12 Tobin Decl., Ex. 11, # 13 Tobin Decl., Ex. 12, # 14 Tobin Decl., Ex. 13, # 15 Tobin Decl., Ex. 14, # 16 Tobin Decl., Ex. 15, # 17 Tobin Decl., Ex. 16, # 18 Tobin Decl., Ex. 17, # 19 Tobin Decl., Ex. 18, # 20 Tobin Decl., Ex. 19, # 21 Text of Proposed Order, # 22 Text of Proposed Order)(Tobin, Charles) (Entered: 11/03/2017) |
| 11/03/2017 | 27 | | Memorandum in opposition to re 22 MOTION for Partial Summary Judgment filed by DAILY CALLER NEWS FOUNDATION. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Bekesha, Michael) (Entered: 11/03/2017) |
| 11/03/2017 | 28 | | Cross MOTION for Summary Judgment by DAILY CALLER NEWS FOUNDATION (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Bekesha, Michael) (Entered: 11/03/2017) |
| 11/03/2017 | 29 | | Memorandum in opposition to re 22 MOTION for Partial Summary Judgment filed by GANNETT SATELLITE INFORMATION NETWORK, LLC, GARRETT GRAFF, BRAD HEATH, LACHLAN MARKAY. (Attachments: # 1 Exhibit 1 – Moss Declaration, # 2 Statement of Facts Response, # 3 Text of Proposed Order)(Moss, Bradley) (Entered: 11/03/2017) |
| 11/03/2017 | 30 | | Cross MOTION for Summary Judgment *(Partial)* by GANNETT SATELLITE INFORMATION NETWORK, LLC, GARRETT GRAFF, BRAD HEATH, LACHLAN MARKAY (Attachments: # 1 Memorandum in Support, # 2 Statement of Facts, # 3 Text of Proposed Order)(Moss, Bradley) (Entered: 11/03/2017) |
| 11/03/2017 | 31 | | Memorandum in opposition to re 22 MOTION for Partial Summary Judgment filed by JUDICIAL WATCH, INC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Orfanedes, Paul) (Entered: 11/03/2017) |
| 11/03/2017 | 32 | | Cross MOTION for Summary Judgment by JUDICIAL WATCH, INC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Orfanedes, Paul) (Entered: 11/03/2017) |
| 11/03/2017 | 33 | | RESPONSE re 22 MOTION for Partial Summary Judgment *and Motion Under Federal Rules of Civil Procedure 56(d)* filed by FREEDOM WATCH, INC.. (Attachments: # 1 Affidavit)(Klayman, Larry) (Entered: 11/03/2017) |
| 11/08/2017 | 34 | | Joint STATUS REPORT *(Third)* by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION. (Federighi, Carol) (Entered: 11/08/2017) |
| 11/09/2017 | | | MINUTE ORDER: Per the parties' 34 Joint Status Report, the Court ORDERS that: (1) Defendants shall file their motion for summary judgment and *Vaughn* declaration on or before January 12, 2018; (2) Plaintiffs shall file their cross−motion for summary judgment and opposition on or before February 2, 2018; (3) Defendants shall file their opposition and reply brief on or before February 23, 2018; and (4) Plaintiffs shall file their reply brief on or before March 9, 2018. So ORDERED by Judge James E. Boasberg on 11/09/2017. (lcjeb2) (Entered: 11/09/2017) |
| 11/09/2017 | | | |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                       |
|------------|----|---|
|            |    | Set/Reset Deadlines: Summary Judgment motions due by 1/12/2018. Response to Motion for Summary Judgment due by 2/2/2018. Reply to Motion for Summary Judgment due by 2/23/2018. Replies due by 3/9/2018. (nbn) (Entered: 11/09/2017) |
| 11/22/2017 | 35 | MOTION for Extension of Time to File Response/Reply as to 23 MOTION for Leave to File */Submit In Camera, Ex Parte Declaration*, 22 MOTION for Partial Summary Judgment, 25 Cross MOTION for Summary Judgment , 32 Cross MOTION for Summary Judgment , 28 Cross MOTION for Summary Judgment , 30 Cross MOTION for Summary Judgment *(Partial)* by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION (Federighi, Carol) (Entered: 11/22/2017) |
| 11/28/2017 |    | MINUTE ORDER GRANTING Defendants' 35 Motion for Extension of Time to File. The Court ORDERS that Defendants' Opposition and Reply shall be due December 6, 2017, and that Plaintiffs' Replies shall be due December 21, 2017. So ORDERED by Judge James E. Boasberg on 11/28/2017. (lcjeb2) (Entered: 11/28/2017) |
| 11/29/2017 |    | Set/Reset Deadlines: Responses due by 12/6/2017. Replies due by 12/21/2017. (nbn) (Entered: 11/29/2017) |
| 12/06/2017 | 36 | Memorandum in opposition to re 25 Cross MOTION for Summary Judgment , 28 Cross MOTION for Summary Judgment , 32 Cross MOTION for Summary Judgment , 30 Cross MOTION for Summary Judgment *(Partial)* filed by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION. (Attachments: # 1 Declaration Second Hardy Declaration, # 2 Response to CNN SOMF, # 3 Response to Gannett SOMF, # 4 Response to JW SOMF, # 5 Response to DCNF SOMF, # 6 Text of Proposed Order)(Federighi, Carol) (Entered: 12/06/2017) |
| 12/06/2017 | 37 | REPLY to opposition to motion re 23 MOTION for Leave to File */Submit In Camera, Ex Parte Declaration*, 22 MOTION for Partial Summary Judgment filed by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION. (Attachments: # 1 Second Hardy Declaration)(Federighi, Carol) (Entered: 12/06/2017) |
| 12/07/2017 | 38 | RESPONSE re 30 Cross MOTION for Summary Judgment *(Partial) Statement of Material Facts* filed by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION. (Federighi, Carol) (Entered: 12/07/2017) |
| 12/13/2017 | 39 | REPLY to opposition to motion re 32 Cross MOTION for Summary Judgment filed by JUDICIAL WATCH, INC.. (Orfanedes, Paul) (Entered: 12/13/2017) |
| 12/18/2017 | 40 | REPLY to opposition to motion re 30 Cross MOTION for Summary Judgment *(Partial)* filed by GANNETT SATELLITE INFORMATION NETWORK, LLC, GARRETT GRAFF, BRAD HEATH, LACHLAN MARKAY. (Moss, Bradley) (Entered: 12/18/2017) |
| 12/21/2017 | 41 | REPLY to opposition to motion re 28 Cross MOTION for Summary Judgment filed by DAILY CALLER NEWS FOUNDATION. (Bekesha, Michael) (Entered: 12/21/2017) |
| 12/21/2017 | 42 | REPLY to opposition to motion re 25 Cross MOTION for Summary Judgment filed by CABLE NEWS NETWORK, INC.. (Attachments: # 1 Declaration |

|  |  |  |
|---|---|---|
|  |  | Second Declaration of Charles D. Tobin, # 2 Exhibit A to the Second Decl. of C. Tobin, # 3 Exhibit B to the Second Decl. of C. Tobin, # 4 Exhibit C to the Second Decl. of C. Tobin, # 5 Exhibit D to the Second Decl. of C. Tobin, # 6 Exhibit E to the Second Decl. of C. Tobin, # 7 Exhibit F to the Second Decl. of C. Tobin, # 8 Exhibit G to the Second Decl. of C. Tobin, # 9 Exhibit H to the Second Decl. of C. Tobin)(Tobin, Charles) (Entered: 12/21/2017) |
| 12/21/2017 | 43 | NOTICE *of Joinder to Replies Filed* by FREEDOM WATCH, INC. (Klayman, Larry) (Entered: 12/21/2017) |
| 01/09/2018 | 44 | Unopposed MOTION for Extension of Time to File *Second Motion for Partial Summary Judgment* by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION (Federighi, Carol) (Entered: 01/09/2018) |
| 01/10/2018 |  | MINUTE ORDER GRANTING 44 Motion for Extension of Time to File. The Court ORDERS that Defendants shall file their Second Motion for Partial Summary Judgment on or before January 19, 2018. So ORDERED by Judge James E. Boasberg on 01/10/2018. (lcjeb2) (Entered: 01/10/2018) |
| 01/10/2018 |  | Set/Reset Deadlines: Second Motion for Partial Summary Judgment due by 1/19/2018. (nbn) (Entered: 01/10/2018) |
| 01/11/2018 |  | MINUTE ORDER: The Court ORDERS that: 1) The Government's 23 Motion is GRANTED, and it shall file its *Ex Parte* Declaration by January 18, 2018; and 2) By the same date, the Government shall submit all withheld documents for the Court's *in camera* review. So ORDERED by Judge James E. Boasberg on 01/11/2018. (lcjeb2) (Entered: 01/11/2018) |
| 01/11/2018 |  | Set/Reset Deadlines: Ex Parte Declaration due by 1/18/2018. (nbn) (Entered: 01/12/2018) |
| 01/19/2018 | 45 | Second MOTION for Partial Summary Judgment by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION (Attachments: # 1 Memorandum in Support, # 2 Exhibit A: Third Hardy Declaration, # 3 Exhibit B: Castellano Declaration, # 4 Statement of Facts, # 5 Text of Proposed Order)(Federighi, Carol) Modified event title on 1/22/2018 (znmw). (Entered: 01/19/2018) |
| 01/19/2018 | 46 | MOTION for Leave to File */Submit Second In Camera, Ex Parte Declaration* by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION (Attachments: # 1 Text of Proposed Order)(Federighi, Carol) (Entered: 01/19/2018) |
| 02/01/2018 | 47 | NOTICE *of Submission of Third In Camera, Ex Parte Declaration* by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION re 22 MOTION for Partial Summary Judgment (Federighi, Carol) (Entered: 02/01/2018) |
| 02/02/2018 | 48 | ORDER: The Court ORDERS that: 1) Defendants' 22 Motion for Partial Summary Judgment is GRANTED; 2) Plaintiffs' 25 28 30 32 Cross−Motions for Summary Judgment are DENIED; 3) Plaintiff Freedom Watch's 33 Motion under Rule 56(d) is DENIED; and 4) Judgment is ENTERED in favor of Defendants in Case Nos. 17−1167, 17−1189, and 17−1830. Signed by Judge James E. Boasberg on 2/2/2018. (lcjeb3) (Entered: 02/02/2018) |
| 02/02/2018 | 49 |  |

| | | | |
|---|---|---|---|
| | | | MEMORANDUM OPINION re 48 Order Granting Defendants' Motion for Partial Summary Judgment. Signed by Judge James E. Boasberg on 2/2/2018. (lcjeb3) (Entered: 02/02/2018) |
| 02/02/2018 | 50 | | Memorandum in opposition to re 45 MOTION for Partial Summary Judgment filed by GANNETT SATELLITE INFORMATION NETWORK, LLC, GARRETT GRAFF, BRAD HEATH, LACHLAN MARKAY. (Attachments: # 1 Statement of Facts Response, # 2 Text of Proposed Order)(Moss, Bradley) (Entered: 02/02/2018) |
| 02/05/2018 | 51 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 49 Memorandum & Opinion, 48 Order on Motion for Partial Summary Judgment, by DAILY CALLER NEWS FOUNDATION, JUDICIAL WATCH, INC.. Filing fee $ 505, receipt number 0090-5318360. Fee Status: Fee Paid. Parties have been notified. (Orfanedes, Paul) (Entered: 02/05/2018) |
| 02/05/2018 | 52 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 48 Order on Motion for Partial Summary Judgment, by CABLE NEWS NETWORK, INC.. Filing fee $ 505, receipt number 0090-5318719. Fee Status: Fee Paid. Parties have been notified. (Tobin, Charles) (Entered: 02/05/2018) |
| 02/06/2018 | 53 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 51 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 02/06/2018) |
| 02/06/2018 | 54 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 52 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 02/06/2018) |
| 02/09/2018 | 55 | | REPLY to opposition to motion re 45 MOTION for Partial Summary Judgment filed by DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION. (Attachments: # 1 Declaration of David Hardy (Fourth))(Federighi, Carol) (Entered: 02/09/2018) |
| 02/13/2018 | | | MINUTE ORDER: The Court ORDERS that: 1) Defendants' 46 Motion for Leave to Submit Second In Camera Declaration is GRANTED; and 2) By February 16, 2018, Defendants shall submit such Declaration in camera along with the withheld pages themselves. So ORDERED by Judge James E. Boasberg on 2/13/2018. (lcjeb2) (Entered: 02/13/2018) |
| 02/13/2018 | | | Set/Reset Deadlines: Defendants shall submit such Declaration in camera along with the withheld pages themselves by 2/16/2018. (nbn) (Entered: 02/14/2018) |
| 02/15/2018 | | | USCA Case Number 18-5041 for 52 Notice of Appeal to DC Circuit Court filed by CABLE NEWS NETWORK, INC. (zrdj) (Entered: 02/15/2018) |
| 02/15/2018 | | | USCA Case Number 18-5042 for 51 Notice of Appeal to DC Circuit Court, filed by DAILY CALLER NEWS FOUNDATION, JUDICIAL WATCH, INC.. (td) (Entered: 02/23/2018) |
| 02/15/2018 | | | USCA Case Number 18-5043 for 51 Notice of Appeal to DC Circuit Court, filed by DAILY CALLER NEWS FOUNDATION, JUDICIAL WATCH, INC.. (td) (Entered: 02/28/2018) |

| | | | |
|---|---|---|---|
| 02/23/2018 | 56 | | ORDER GRANTING Defendants' 45 Motion for Partial Summary Judgment. The Court ORDERS that: (1) Defendants Motion for Summary Judgment is GRANTED, provided that the Government shall produce to Plaintiffs the redacted version of one document; and (2) Judgment is ENTERED for Defendants against all Plaintiffs in case number 17–1175, and Freedom Watch, Inc. in case number 17–1212. Signed by Judge James E. Boasberg on 2/23/18. Associated Cases: 1:17–cv–01167–JEB, 1:17–cv–01175–JEB, 1:17–cv–01189–JEB, 1:17–cv–01212–JEB(lcjeb1) (Entered: 02/23/2018) |
| 02/23/2018 | 57 | | MEMORANDUM OPINION re 56 Order. Signed by Judge James E. Boasberg on 2/23/18. Associated Cases: 1:17–cv–01167–JEB, 1:17–cv–01175–JEB, 1:17–cv–01189–JEB, 1:17–cv–01212–JEB(lcjeb1) (Entered: 02/23/2018) |
| 02/26/2018 | 58 | 15 | CLERK'S JUDGMENT in favor of the Defendants and against the Plaintiffs. Signed by Judge James E. Boasberg on 2/26/18. (lsj) (Entered: 02/26/2018) |
| 03/15/2018 | 59 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 58 Clerk's Judgment by DAILY CALLER NEWS FOUNDATION, JUDICIAL WATCH, INC.. Filing fee $ 505, receipt number 0090–5374494. Fee Status: Fee Paid. Parties have been notified. (Bekesha, Michael) (Entered: 03/15/2018) |
| 03/16/2018 | 60 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 59 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 03/16/2018) |
| 03/26/2018 | | | USCA Case Number 18–5078 for 59 Notice of Appeal to DC Circuit Court filed by DAILY CALLER NEWS FOUNDATION, JUDICIAL WATCH, INC.. (td) (Entered: 03/28/2018) |
| 03/26/2018 | | | USCA Case Number 18–5077 for 59 Notice of Appeal to DC Circuit Court filed by DAILY CALLER NEWS FOUNDATION, JUDICIAL WATCH, INC.. (td) (Entered: 03/28/2018) |
| 04/25/2018 | 61 | 13 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 58 Clerk's Judgment by CABLE NEWS NETWORK, INC.. Filing fee $ 505, receipt number 0090–5441758. Fee Status: Fee Paid. Parties have been notified. (Tobin, Charles) (Entered: 04/25/2018) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Case No. 1:17-cv-01167-JEB |

### NOTICE OF APPEAL BY PLAINTIFF CABLE NEWS NETWORK, INC.

Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, Plaintiff Cable News Network, Inc. ("CNN"), by and through its undersigned counsel, gives notice that it hereby appeals to the U.S. Court of Appeals for the District of Columbia Circuit from the judgment entered against it in this action on February 26, 2018 (ECF No. 58).[1]

Dated: April 25, 2018

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Adrianna C. Rodriguez (#1020616)
Maxwell S. Mishkin (#1031356)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
rodriguezac@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Plaintiff Cable News Network, Inc.*

---

[1] CNN filed a prior Notice of Appeal on February 5, 2018 (ECF No. 52), from this Court's February 2, 2018 Order (ECF No. 48), and that appeal is now docketed at D.C. Circuit Case No. 18-5041.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused Plaintiff's Notice of Appeal to be filed and served electronically via the Court's ECF System upon counsel of record.

Dated: April 25, 2018      /s/ *Charles D. Tobin*
                            Charles D. Tobin

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CABLE NEWS NETWORK, INC., et al <br> *Plaintiff* <br> v. <br> FEDERAL BUREAU OF INVESTIGATION, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 17-1167 (JEB) <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JAMES E. BOASBERG on a motion for
DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Date: 2/26/18

ANGELA D. CAESAR, CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*