# United States Court of Appeals
**For The District of Columbia Circuit**

---

**No. 18-5042**          **September Term, 2017**

1:17-cv-01189-JEB

Filed On: July 5, 2018 [1739272]

Judicial Watch, Inc.,

    Appellant

    v.

United States Department of Justice,

    Appellee

## **M A N D A T E**

    In accordance with the order of July 5, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                            BY:    /s/
                                        Robert J. Cavello
                                        Deputy Clerk

Link to the order filed July 5, 2018

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 18-5041** | **September Term, 2017** |
| | 1:17-cv-01167-JEB |
| | 1:17-cv-01189-JEB |
| | 1:17-cv-01830-JEB |
| | **Filed On:** July 5, 2018 |

Cable News Network, Inc.,

    Appellant

  v.

Federal Bureau of Investigation,

    Appellee

------------------------------

Consolidated with 18-5042, 18-5043, 18-5077, 18-5078, 18-5118

## O R D E R

Upon consideration of the motion for voluntary dismissal filed by appellants Daily Caller News Foundation and Judicial Watch, Inc., and the supplement thereto, it is

**ORDERED** that the motion be granted and Nos. 18-5042, 18-5043, 18-5077, and 18-5078 be dismissed.  It is

**FURTHER ORDERED** that the consolidation of Nos. 18-5042, 18-5043, 18-5077, and 18-5078 with Nos. 18-5041 and 18-5118 be terminated.

The Clerk is directed to issue forthwith the mandate in Nos. 18-5042, 18-5043, 18-5077, and 18-5078.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                       BY:    /s/
                                                      Robert J. Cavello
                                                      Deputy Clerk