# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 18-5041**                                    **September Term, 2017**

**1:17-cv-01167-JEB**

**Filed On: August 8, 2018** [1744635]

Cable News Network, Inc.,

       Appellant

    v.

Federal Bureau of Investigation,

       Appellee

------------------------------

Consolidated with 18-5118

## M A N D A T E

    In accordance with the order of August 8, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                    BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk

Link to the order filed August 8, 2018

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 18-5041**                                    **September Term, 2017**

**1:17-cv-01167-JEB**

**Filed On: August 8, 2018**

Cable News Network, Inc.,

        Appellant

    v.

Federal Bureau of Investigation,

        Appellee

-----------------------------
Consolidated with 18-5118

**BEFORE:**    Rogers, Griffith, and Wilkins, Circuit Judges

## <u>O R D E R</u>

Upon consideration of this court's order to show cause filed on April 24, 2018, and the response thereto, which requests a remand to the district court, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that this case be remanded to the district court for further proceedings.  Appellant asserts this case is not moot because not of all of the memoranda it originally sought in its Freedom of Information Act ("FOIA") request have been publically released, and also asserts that the government has improperly redacted portions of the memoranda that were publically released.  Further proceedings in the district court are therefore necessary to determine whether there exist any additional memoranda that have not been publically disclosed, and whether appellant is entitled to the disclosure of any unreleased memoranda or redacted portions of released memoranda.  The district court previously concluded that appellant is not entitled to any of the contents of any of the memoranda, based solely on FOIA Exemption 7(A), 5 U.S.C. § 552(b)(7)(A).  Further proceedings on the continuing applicability of Exemption 7(A) to the remaining withheld information are necessary in light of subsequent statements by government officials that release of the memoranda would no longer adversely impact any ongoing investigation.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**No. 18-5041**                                           **September Term, 2017**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to issue the mandate forthwith to the district court.

**<u>Per Curiam</u>**