IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Case No. 1:17-cv-01167-JEB |

## JOINT STATUS REPORT

Pursuant to the Court's August 31, 2018 Minute Order, Plaintiff Cable News Network, Inc. ("CNN") and Defendant Federal Bureau of Investigation ("FBI") hereby submit this joint status report and proposed briefing schedule.

## BACKGROUND

This litigation arises out of CNN's request to the FBI, under the Freedom of Information Act ("FOIA"), for copies of records contemporaneously documenting conversations between FBI Director James Comey and President Donald Trump (the "Comey Memos").  On February 2, 2018, this Court granted the FBI's motion for partial summary judgment and denied CNN's cross-motion, permitting the FBI to withhold the memos in full under Exemption 7(A).  Mem. Op., Feb. 2, 2018, ECF No. 49.  The Court therefore did not reach the FBI's argument that portions of the memos also could be withheld under Exemptions 1, 3, 6, 7(C), and 7(E).  *Id.* at 9.

Prior to making its decision, the Court reviewed the Comey Memos themselves *in camera*, considered two sealed affidavits from FBI Deputy Assistant Director David W. Archey,

who "supervise[d] all FBI personnel assigned to the investigation into Russia's interference with the 2016 presidential election," and held a "sealed, on-the-record *ex parte*" proffer session with Counsel to the Special Counsel Michael R. Dreeben. *Id.* at 5, 10-11, 12, 14. The Court acknowledged that "[a]lthough none of this material is currently available to [CNN], all forms part of the record that could be reviewed on appeal or in any subsequent litigation." *Id.* at 5.

CNN timely appealed that decision. Notice of Appeal, Feb. 5, 2018, ECF No. 52. On April 19, 2018, while the appeal was pending, the Department of Justice transmitted to Congress an "unclassified" version of the memos, which were "redacted to remove any classified information." Ltr. from Asst. Atty. Gen. Boyd to Reps. Goodlatte, Gowdy, and Nunes, Apr. 19, 2018.[1] That evening, multiple media organizations obtained and published copies of these redacted, unclassified memos. *E.g.*, "Read: James Comey's Memos," CNN, Apr. 19, 2018.[2]

On April 24, 2018, the D.C. Circuit *sua sponte* ordered CNN to show cause why its appeal had not been rendered moot by "the recent public disclosure of records at issue." Order, Apr. 24, 2018, Doc. No. 1727918. Two weeks later, on May 4, 2018, the FBI released its own redacted copies of the memos. FBI Records: The Vault, "Director Comey Memoranda of Communications with President Trump Part 01 of 02."[3] Like the copies that were transmitted to Congress, the memos released by the FBI documented seven conversations between Comey and President Trump, which took place on January 6, 2017, January 27, 2017, February 8, 2017,

---

[1] Available at https://assets.documentcloud.org/documents/4442858/2018-4-19-Comey-Memo-Goodlatte-Gowdy-Nunes.pdf.

[2] Available at https://www.cnn.com/2018/04/19/politics/comey-memo-release/index.html.

[3] Available at https://vault.fbi.gov/director-comey-memoranda-of-communications-with-president-trump/director-comey-memoranda-of-communications-with-president-trump-part-01-of-01.pdf/view.

February 14, 2017, March 1, 2017, March 30, 2017, and April 11, 2017. *Id.* The same passages of the memos appear to be redacted in both versions, but the copies released by the FBI identify one or more FOIA exemptions for each of those redactions. *Id.* The FBI redacted material from four of the seven released memos, in support of which the agency cites Exemptions 1, 3, 7(A), 7(D), and/or 7(E). *Id.*

In response to the D.C. Circuit's order to show cause, CNN asked that the case be remanded for further proceedings. CNN's Resp., May 17, 2018, Doc. No. 1731461. On August 8, 2018, the D.C. Circuit granted CNN's request for remand. Mandate & Order, Aug. 8, 2018, Doc. No. 1744635. The appeals court stated that "[f]urther proceedings in the district court are . . . necessary to determine whether there exist any additional memoranda that have not been publically disclosed, and whether [CNN] is entitled to the disclosure of any unreleased memoranda or redacted portions of released memoranda." *Id.* at 2. It also held that "[f]urther proceedings on the continuing applicability of Exemption 7(A) to the remaining withheld information are necessary in light of subsequent statements by government officials that release of the memoranda would no longer adversely impact any ongoing investigation." *Id.*

## REMAINING ISSUES

**Plaintiffs' Position**

In response to the D.C. Circuit's order to show cause, CNN articulated two reasons why the release of the redacted memos had not mooted this litigation. CNN's Resp., May 17, 2018, Doc. No. 1731461. First, CNN observed that the question remains whether all of the memos had been made public. The record in this case indicates that Comey may have written as many as nine memos: As this Court wrote, "According to Comey, [c]reating written records immediately after one-on-one conversations with Mr. Trump was [his] practice" following his initial meeting

with then President-elect Trump in January 2018, and Comey "thought he had done so after each of [his] nine conversations with the President, or at least for nearly all of them, especially the ones that were substantive." Mem. Op. at 3, ECF No. 49. The FBI released only seven memos, however, and it would not disclose either their total "number" or their "volume." Mem. in Supp. of FBI's Mot. for Partial Summ. J. at 11-12, Oct. 13, 2017, ECF No. 22-1. Second, CNN noted that the redactions to the memos as released by the FBI have not been tested, and so a court could order the FBI to remove redactions and reproduce copies of the memos if some or all of the redacted information may not be withheld under FOIA. CNN believes that both of these issues remain to be resolved. In addition, in its remand order, the D.C. Circuit framed the issues remaining in this case as follows:

1. Whether there exist any additional memoranda that have not been publicly disclosed; and

2. Whether CNN is entitled to the disclosure of any unreleased memoranda or redacted portions of released memoranda.

Pursuant to the common law and constitutional rights of access to judicial records and proceedings, CNN also intends to move this Court to release the two sealed *ex parte* declarations submitted in support of the FBI's October 13, 2017 motion for partial summary judgment, as well as the record of the "sealed, on-the-record *ex parte*" proffer session with a representative from the Special Counsel's office (together, the "Sealed Records").

**The FBI's Position**

The FBI is prepared to brief the issues identified by CNN.

## PROPOSED BRIEFING SCHEDULE

The parties propose the following briefing schedule:

- FBI's renewed motion for summary judgment and *Vaughn* index concerning the Comey Memos due November 9, 2018;

- CNN's renewed cross-motion for summary judgment, opposition to FBI's renewed motion, and motion for access to the Sealed Records due November 30, 2018;

- FBI's oppositions to CNN's renewed cross-motion and access motion and reply in support of its renewed motion due January 4, 2019; and

- CNN's replies in support of its renewed cross-motion and access motion due January 25, 2019.

Dated: September 13, 2018        Respectfully submitted,

                                        JOSEPH H. HUNT
Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director, Civil Division

/s/ *Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*


BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Adrianna C. Rodriguez (#1020616)
Maxwell S. Mishkin (#1031356)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
rodriguezac@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Plaintiff Cable News Network, Inc.*