**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 1:17-cv-01167-JEB |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR SUMMARY JUDGMENT**

Defendant Federal Bureau of Investigation ("FBI") hereby moves the Court for a four-week extension of time to file its motion for summary judgment. The FBI's motion is currently due November 9, 2018, and it seeks an extension until December 7, 2018. It further seeks extension of the remaining deadlines for briefing in this case. The reasons for this request are set forth below.

1. This litigation arises out of CNN's request to the FBI, under the Freedom of Information Act ("FOIA"), for copies of records contemporaneously documenting conversations between FBI Director James Comey and President Donald Trump (the "Comey Memos"). The case has been remanded from the United States District Court for the District of Columbia for further proceedings "to determine whether there exist any additional memoranda that have not been publically disclosed, and whether [CNN] is entitled to the disclosure of any unreleased memoranda or redacted portions of released memoranda." Mandate & Order, Aug. 8, 2018, Doc. No. 1744635.

2. On September 13, 2018, the Court established the following schedule for further proceedings in this case:

- FBI's renewed motion for summary judgment and *Vaughn* index concerning the Comey Memos due November 9, 2018;

- CNN's renewed cross-motion for summary judgment, opposition to FBI's renewed motion, and motion for access to the two sealed *ex parte* declarations submitted in support of the FBI's October 13, 2017, motion for partial summary judgment, as well as the record of the "sealed, on-the-record *ex parte*" proffer session with a representative from the Special Counsel's office (together, the "Sealed Records") due November 30, 2018;

- FBI's oppositions to CNN's renewed cross-motion and access motion and reply in support of its renewed motion due January 4, 2019; and

- CNN's replies in support of its renewed cross-motion and access motion due January 25, 2019.

3. Lead counsel representing defendant, Carol Federighi, has been working extensively on the following other cases with trials scheduled in November and January: *State of New York v. U.S. Department of Commerce*, No. 18-cv-2921, and *New York Immigration Coalition v. U.S. Department of Commerce*, No. 18-cv-5025 (S.D.N.Y.): *State of California v. Ross*, No. 3:18-cv-02279-RS, and *City of San Jose v. Ross,* No. 3:18-cv-02279-RS (N.D. Cal.); *Kravitz v. U.S. Department of Commerce*, No. 18-cv-01041, and *LUPE v. Ross*, No. 18-cv-01570-GJH (D. Md.). Because of these assignments, and because attorneys at the FBI have been equally busy on other matters with earlier deadlines, defendants were unable to prepare their motion and brief before Ms. Federighi's trial began on November 5, 2018.

4.      Accordingly, the FBI needs an additional time to prepare its summary judgment motion. The FBI requests the following amended schedule:

- FBI's renewed motion for summary judgment and *Vaughn* index concerning the Comey Memos due December 7, 2018;

- CNN's renewed cross-motion for summary judgment, opposition to FBI's renewed motion, and motion for access to the Sealed Records due January 11, 2019;

- FBI's oppositions to CNN's renewed cross-motion and access motion and reply in support of its renewed motion due February 8, 2019; and

- CNN's replies in support of its renewed cross-motion and access motion due March 1, 2019.

5.      Counsel for the plaintiff CNN has advised Ms. Federighi by email that plaintiff consents to this schedule.

WHEREFORE the FBI respectfully requests that the Court extend the due date for its motion for summary judgment by four weeks, or until December 7, 2018, and further adjust the remaining dates as indicated.

Dated:  November 7, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director, Civil Division

*s/Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*