# EXHIBIT A

UNCLASSIFIED//LES

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>     Defendant. | Civil Action No. 1:17-cv-01167-JEB |
| GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>     Defendant. | Civil Action No. 1:17-cv-01175-JEB |
| JUDICIAL WATCH, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>     Defendant. | Civil Action No. 1:17-cv-01189-JEB |
| FREEDOM WATCH, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF INVESTIGATION,<br><br>     Defendants. | Civil Action No. 1:17-cv-01212-JEB |

UNCLASSIFIED//LES

UNCLASSIFIED//~~LES~~

THE DAILY CALLER NEWS
FOUNDATION,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE,

      Defendant.

Civil Action No. 1:17-cv-01830-JEB

## THIRD *IN CAMERA, EX PARTE* DECLARATION OF DAVID W. ARCHEY

(U) I, DAVID W. ARCHEY, declare as follows:

(1)    (U) I have been a Special Agent with the Federal Bureau of Investigation (FBI) for approximately seventeen (17) years. I was assigned to the Counterintelligence Division at FBI Headquarters as a Deputy Assistant Director in August 2017 to supervise all FBI personnel assigned to the Special Counsel's investigation.[1] Before then, I served as the Deputy Assistant Director of the Weapons of Mass Destruction Directorate at FBI Headquarters. Prior to that, I was a Section Chief in the Counterintelligence Division at FBI Headquarters, where I supported counterintelligence operations since 2014.

(2)    (U) The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith. I have been advised about plaintiffs'

---

[1] (U) On May 17, 2017, Deputy Attorney General Rod Rosenstein named former FBI Director Robert S. Mueller, III as Special Counsel to conduct the investigation into Russia's interference with the 2016 Presidential election. DOJ Order No. 3915-2017, Appointment of Special Counsel to Investigate Russian Interference with the 2016 Presidential Election and Related Matters (May 17, 2017).

UNCLASSIFIED//~~LES~~

UNCLASSIFIED//~~LES~~

Freedom of Information Act ("FOIA") requests to the FBI that are the subject of this litigation

concerning former FBI Director James B. Comey's memoranda memorializing his conversations

with President Donald J. Trump (*i.e.*, the "Comey Memos"), and that the FBI denied those

requests in full.

(3)     (U)  This declaration supplements and incorporates by reference my first

declaration in this case – *In Camera, Ex Parte* Declaration of the FBI (October 13, 2017).

(4)     (U//~~LES~~)  In my prior declaration, I explained that the Comey Memos have been

incorporated into a pending investigation and thus compiled as investigative records. *See In

Camera, Ex Parte* Declaration of the FBI (October 13, 2017) at fn. 2.  Regarding when this

compilation occurred, on or by May 12, 2017, following the termination of former Director

Comey, the Comey Memos – which were previously maintained by the Director's staff – were

provided to the investigative team, at which point they were compiled as investigative records

into the FBI's case file.  It is my understanding that the FBI invoked FOIA Exemption (b)(7)(A)

and declined to produce the Comey Memos in response to plaintiffs' FOIA requests on June 23,

2017, after the date they were compiled as investigative records. *See John Doe Agency v. John

Doe Corp.*, 493 U.S. 146, 155 (1989) ("Under the statute, documents need only to have been

compiled when the response to the FOIA request must be made.").

UNCLASSIFIED//~~LES~~

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of January, 2018.

DAVID W. ARCHEY
Deputy Assistant Director
Counterintelligence Division
Federal Bureau of Investigation
Washington D.C.