# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Civil Action No. 1:17-cv-01167-JEB |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE NOTICE IN RESPONSE TO COURT'S ORDER OF APRIL 18, 2019**

    Defendant Federal Bureau of Investigation ("FBI") respectfully moves the Court for an extension of time to file its notice in response to the Court's minute order of April 18, 2019. The Court directed that this Notice be filed by April 25, 2019. The FBI seeks an extension until May 7, 2019. The reasons for this request are set forth below.

    1.    The Court's minute order was issued on April 18, 2019. Undersigned counsel was out of the office on personal leave on April 18-19, 2019. Counsel will also be out of the office on work-related travel on April 24-25 and on previously scheduled personal leave on April 26 and May 2-3, 2019.

    2.    The Court's order directed, *inter alia*, that a transcript of the *ex parte* proceeding be created and transmitted to the government for review. As the government will therefore be reviewing that transcript for the first time, the government anticipates that the review will take more than a few days. Because of undersigned counsel's absence from the office on April 18-19, and the absence of other individuals during that time, the government did not receive the transcript until April 22, 2019.

3. For the foregoing reasons, the government requires additional time to review the transcript of the *ex parte* proceeding, as well as the remaining withheld portions of the Comey memos and the First Archey Declaration, to prepare the notice directed by the Court.

4. Counsel for the plaintiff CNN has advised Ms. Federighi by email that plaintiff does not oppose this request.

WHEREFORE the FBI respectfully requests that the Court extend the due date for it to file its notice in response to the Court's minute order of April 18, 2019, from April 25, 2019, to May 7, 2019.

Dated: April 23, 2019

Respectfully submitted,

HASHIM M. MOOPPPAN
Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director, Civil Division

*s/Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*