# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 1:17-cv-01167-JEB |

## NOTICE IN RESPONSE TO THE COURT'S MINUTE ORDER OF APRIL 18, 2019

In response to the Court's minute order of April 18, 2019, the Federal Bureau of Investigation states as follows:

1.  The release of the Report on the Investigation into Russian Interference in the 2016 Presidential Election by the Special Counsel ("Report") does not alter the FBI's position with regard to the remaining redactions in the Comey Memos.  Those portions remain classified and continue to be withheld for the reasons set forth in the FBI's summary judgment motion (ECF No. 69), as modified with regard to redaction block 19 by the notice filed by the FBI on April 8, 2019 (ECF No. 79).

2.  The release of the Report also does not alter the FBI's position with regard to the remaining redactions in the First Archey Declaration, as presented in the version of that declaration filed on April 15, 2019 (Ex. A to Sixth Hardy Decl., ECF No. 81-1).  As indicated in the Sixth Hardy Declaration, those redactions are necessary, regardless of the conclusion of the Special Counsel's Office's investigation, to protect FBI law enforcement interests.

3. The FBI has reviewed the transcript of the sealed, ex parte proceeding that occurred in this case on January 22, 2018, and determined that it has no objection to release of this transcript in full by the Court. The transcript is not classified.

Dated: May 7, 2019

Respectfully submitted,

HASHIM M. MOOPPAN
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Civil Division

*/s/Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*