UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 17-1167 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's [69] Motion for Summary Judgment is GRANTED IN PART as to redactions 6, 8 through 21, and 24 in the Comey Memos and DENIED IN PART as to redactions 1 through 5, 7, 22, and 23 in the Comey Memos;

2. Plaintiff's [70] Cross-Motion for Summary Judgment is DENIED IN PART and GRANTED IN PART along the same lines;

3. Plaintiff's [72] Motion for Access to Judicial Records is GRANTED; and

4. Judgment is ENTERED in favor of each side in part.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: June 7, 2019

1