**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CABLE NEWS NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 1:17-cv-01167-JEB |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN FURTHER SUPPORT OF ITS MOTION PURSUANT TO RULE 59(e)**

Defendant Federal Bureau of Investigation ("FBI") respectfully moves the Court for a seven-day extension of time to file its reply in further support of its Motion Pursuant to Rule 59(e) to Amend the Court's Opinion and Order of June 7, 2019 ("Motion") (ECF No. 87). The FBI's reply is currently due July 26, 2019, and it seeks an extension until August 2, 2019. The reasons for this request are set forth below.

1. The FBI filed its Motion on July 5, 2019. Plaintiff filed its opposition to the Motion on July 19, 2019 (ECF No. 88). Pursuant to LCvR 7(d), the FBI's reply is due by July 26, 2019.

2. Undersigned counsel for the FBI was absent from the office on prescheduled leave on July 19, 2019. She also is unexpectedly absent from the office on July 24 and July 25, 2019.

3. For the foregoing reasons, the FBI requires an additional seven days to prepare its reply.

4. Counsel for the plaintiff CNN has advised Ms. Federighi by email that plaintiff does not oppose this request.

WHEREFORE the FBI respectfully requests that the Court extend the due date for it to file its reply in further support of its Motion Pursuant to Rule 59(e) to Amend the Court's Opinion and Order of June 7, 2019 from July 26, 2019, to August 2, 2019.

Dated:  July 25, 2019

Respectfully submitted,

HASHIM M. MOOPPPAN
Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director, Civil Division

*s/Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*