## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CABLE NEWS NETWORK, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br><br>**Defendant.** | **Civil Action No. 17-1167 (JEB)** |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that Defendant's [87] Motion to Amend/Correct is DENIED.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: August 12, 2019