AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Cable News Network, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-01167-JEB |
| Federal Bureau of Investigation ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Cable News Network, Inc.

Date:    08/29/2019

/s/ Matthew E. Kelley
*Attorney's signature*

Matthew E. Kelley, No. 1018126
*Printed name and bar number*
Ballard Spahr LLP
1909 K Street, NW
12th Floor
Washington, DC 20006

*Address*

kelleym@ballardspahr.com
*E-mail address*

(202) 508-1112
*Telephone number*

(202) 661-2299
*FAX number*