# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 1:17-cv-01167-JEB |

## NOTICE OF APPEAL

Notice is hereby given that Defendant the Federal Bureau of Investigation appeals to the United States Court of Appeals for the D.C. Circuit from the memorandum opinion (Dkt No. 86) and order and final judgment (Dkt. No. 85) entered by the Court on June 7, 2019, and from the memorandum opinion (Dkt. No. 95) and order (Dkt. No. 94) entered by the Court on August 12, 2019.

Dated:  October 10, 2019

Respectfully submitted,

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Civil Division

*/s/Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*