# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 19-5278**  **September Term, 2020**
FILED ON: JANUARY 8, 2021

CABLE NEWS NETWORK, INC.,
　　APPELLEE

v.

FEDERAL BUREAU OF INVESTIGATION,
　　APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-01167)

---

Before: GARLAND*, MILLETT and WALKER, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be vacated and the case be remanded to the District Court for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　　/s/

　　　　　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: January 8, 2021

Opinion for the court filed by Circuit Judge Walker.

* Judge Garland was a member of the panel at the time this case was argued but did not participate in the final disposition of the case.